**Opinion filed March 6, 2014**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-14-00039-CR & 11-14-00040-CR

_____

## RAUL ROBERTO CARBAJAL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause Nos. CR40876 & CR41917**

## M E M O R A N D U M   O P I N I O N

Raul Roberto Carbajal filed a pro se notice of appeal in these cases. When the appeals were filed, this court noted that the trial court had certified that these cases are plea-bargain cases and that Carbajal has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2), (d). We issued a letter requesting that Carbajal show grounds to continue the appeals. Carbajal has not responded. We dismiss the appeals.

The clerk's records indicate that Carbajal was charged with organized retail theft and failure to appear; that he entered into a plea bargain agreement with the State in each case; that he pleaded guilty in each case; and that the trial court assessed punishment pursuant to the terms of the plea bargain agreements at confinement for five years. The clerk's records and the trial court's certifications reflect also that Carbajal waived his right to appeal. Thus, the trial court's certifications—reflecting that Carbajal has no right of appeal—are supported by the record and are not defective. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Carbajal's appeals are therefore prohibited by Rule 25.2, and we must dismiss the appeals without further action. TEX. R. APP. P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, these appeals are dismissed.


PER CURIAM


March 6, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.